# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131757

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NAHZY BUCK,
   Plaintiff-Appellant,

v

THOMAS M. COOLEY LAW SCHOOL,
   Defendant-Appellee.

SC: 131757
COA: 259347
Ingham CC: 02-000541-CZ

_____/

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120